Argued August 24, affirmed August 24, 1973

STATE OF OREGON, *Respondent, v.* DAVID
FRANK BASEL (No. C 72-11-3571 Cr), *Appellant.*

513 P2d 177

*George P. Haley,* Portland, argued the cause for
appellant. With him on the briefs were Carney, Haley,
Probst & Levak, Portland.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FORT and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.